IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

CASE NO.: 1:08-cv-585-GJQ

DISABLED PATRIOTS OF AMERICA, INC.,
a Florida Not-For-Profit Corporation, and
EFREM WALKER, Individually,

        Plaintiffs,

v.

WINDSON INC., A Domestic Corporation,

        Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and EFREM WALKER, Individually, and Defendant, Windson, Inc., hereby move to dismiss this action with prejudice.

| | |
|---|---|
| STEVE FOX, ESQ.<br>**FOX & ASSOCIATES**<br>7955 Autumn Woods Drive SE<br>ADA, MI 49301<br>(616) 676-4300<br>Fax: (616) 676-5900<br>foxlawfirm@aol.com<br>and<br>**FULLER, FULLER & ASSOCIATES, P.A.**<br>12000 Biscayne Blvd., Suite 609<br>North Miami, FL 33181<br>Tel: (305) 891-5199<br>Fax: (305) 893-9505<br><br>By: _/s/ Lawrence A. Fuller_<br>    Lawrence A. Fuller, Esq.<br>Date: 10/10/08 | **MERTENS, LAXTON AND CLEMENT, PLLC**<br>612 West Lake Lansing Road, #300<br>East Lansing, MI 48823<br>Tel: (517)333-0888<br>Fax: (517)333-0891<br><br>By: _/s/_<br>    Thomas P. Clement, Esq.<br>Date: 10/5/08 |