UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DISABLED PATRIOTS OF AMERICA, INC,
a Florida Not-For-Profit Corporation, and
EFREM WALKER, Individually,

        Plaintiffs,

                                                CASE NO. 1:08-CV-585

v.

                                                HON. ROBERT J. JONKER

WINDSON INC., a Domestic Corporation,

        Defendant.
_____/

## ORDER OF DISMISSAL

        The parties have stipulated to dismiss Plaintiffs' claims in this matter with prejudice (docket # 18). The stipulation is sufficient on its own to effect the dismissal under FED. R. CIV. P. 41(a)(1)(A)(ii), but the Court has no objection to entry of an order of dismissal as well. Accordingly, based on the stipulation and other matters of record,

        **IT IS ORDERED** under FED. R. CIV. P. 41(a)(1) and (2) that Plaintiffs' claims against Defendant are **DISMISSED** with prejudice.


Dated:  October 17, 2008           /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE